

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-22-00091-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-02064
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

    Real Party in Interest, C.S.'s, First Motion for Extension of Time to File Response is hereby GRANTED. The Real Party in Interest, C. S.'s response is due on or before March 25, 2022.

    It is so **ORDERED** March 15, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT